# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number:

CENTRA, INC. and DETROIT INTERNATIONAL BRIDGE COMPANY v. CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS PENSION FUND

FILED
NOV 07 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6312
JUDGE HART
MAGISTRATE JUDGE SCHENKIER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CENTRA, INC. and DETROIT INTERNATIONAL BRIDGE COMPANY

| | |
|---|---|
| NAME (Type or print) Ronald J. Kramer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Ronald Kramer | |
| FIRM Seyfarth Shaw LLP | |
| STREET ADDRESS 131 S. Dearborn Street, Suite 2400 | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6211050 | TELEPHONE NUMBER 312-460-5560 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |