U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

CENTRA, INC. and DETROIT INTERNATIONAL BRIDGE COMPANY v. CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS PENSION FUND

Case Number: KC

FILED
NOV 07 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CENTRA, INC. and DETROIT INTERNATIONAL BRIDGE COMPANY

07CV6312
JUDGE HART
MAGISTRATE JUDGE SCHENKIER

| NAME (Type or print) |
| --- |
| Mark Casciari |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Mark Casciari |

| FIRM |
| --- |
| Seyfarth Shaw LLP |

| STREET ADDRESS |
| --- |
| 131 S. Dearborn Street, Suite 2400 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 3124121 | 312-460-5855 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| --- | --- | --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |
| --- | --- | --- |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |