IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRA, INC. and <br> DETROIT INTERNATIONAL <br> BRIDGE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL STATES SOUTHEAST <br> AND SOUTHWEST AREAS PENSION <br> FUND, <br><br> Defendant. | Case No. 07 C 6312 <br><br> Judge Hart <br><br> Magistrate Judge Schenkier |

**PLAINTIFFS' NOTICE OF AFFILIATES**

Pursuant to Local Rule 3.2 and Fed. R. Civ. P. 7.1, the undersigned attorneys for Plaintiffs state:

(1) the nongovernmental Plaintiff CenTra, Inc. does not have a parent corporation and no publicly held corporation owns more than 5% of CenTra, Inc.; and

(2) the parent of nongovernmental Plaintiff Detroit International Bridge Company (DIBC) is CenTra, Inc. and no publicly held corporation owns more than 5% of DIBC.

**DATED: November 16, 2007**               Respectfully submitted,

CENTRA, INC. and
DETROIT INTERNATIONAL BRIDGE
COMPANY


By:       /s/    Colin M. Connor
             One of Their Attorneys

Mark Casciari
Ronald J. Kramer
Colin M. Connor
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, IL  60603-5577
312-460-5000

Richard K. Willard
Edward R. Mackiewicz
Eric G. Serron
Patrick S. Menasco
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
202-429-3000

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2007, I electronically filed the foregoing PLAINTIFFS' NOTICE OF AFFILIATES with the Clerk of the Court using the CM/ECF system and served a copy upon the following by United States Mail, postage prepaid:

>Central States Southeast and
>　Southwest Areas Pension Fund
>Law Department
>9377 W. Higgins Road, 10th Floor
>Rosemont, IL 60018-5123
>Attention: James Condon

　　　　　　　　　　　　　　　　　　　/s/　　Colin M. Connor