IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRA, INC. and<br>DETROIT INTERNATIONAL<br>BRIDGE COMPANY,<br><br>    Plaintiffs-Counterdefendants<br><br>v.<br><br>CENTRAL STATES SOUTHEAST<br>AND SOUTHWEST AREAS<br>PENSION FUND,<br><br>    Defendant-Counterclaimant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07 C 6312<br>Judge Hart<br>Magistrate Judge Schenkier |

**DISCLOSURE OF CORPORATE
AFFILIATIONS AND FINANCIAL INTEREST**

    Pursuant to Local Rule 3.2, the Central States, Southeast and Southwest Areas Pension Fund makes the following disclosure:

    The Central States, Southeast and Southwest Areas Pension Fund has no affiliates within the meaning of Local Rule 3.2 of this Court.

    Respectfully submitted,

     s/ Thomas M. Weithers
    Thomas M. Weithers (ARDC #6193004)
    Attorney for Defendant Central States, Southeast and Southwest Areas Pension Fund
    9377 West Higgins Road
    Rosemont, Illinois  60018-4938

November 28, 2007    847/518-9800, Ext. 3476