# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CENTRA, INC. and ) <br> DETROIT INTERNATIONAL ) <br> BRIDGE COMPANY, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> CENTRAL STATES SOUTHEAST ) <br> AND SOUTHWEST AREAS PENSION ) <br> FUND, ) <br>  ) <br> Defendant. ) | Case No. 07 CV 6312 <br><br> Judge William T. Hart <br><br> Magistrate Judge Schenkier |

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that on Wednesday, December 5, 2007 at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable William T. Hart in Courtroom 2243, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiffs' AGREED MOTION FOR REASSIGNMENT BASED ON RELATEDNESS, a copy of which is served herewith.

**DATED: November 29, 2007**          Respectfully submitted,

CENTRA, INC. and
DETROIT INTERNATIONAL BRIDGE
COMPANY


By:      /s/    Mark Casciari
         One of Their Attorneys


Mark Casciari                    Richard K. Willard
Ronald J. Kramer                 Edward R. Mackiewicz
Colin M. Connor                  Eric G. Serron
SEYFARTH SHAW LLP                Patrick S. Menasco
131 South Dearborn Street        STEPTOE & JOHNSON LLP
Suite 2400                       1330 Connecticut Avenue, NW
Chicago, IL  60603-5577          Washington, DC 20036
312-460-5000                     202-429-3000

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2007, I electronically filed the foregoing NOTICE OF MOTION with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of that filing to the following:

>Thomas M. Weithers
>Central States, Southeast and
>    Southwest Areas Pension Fund
>9377 W. Higgins Road
>Rosemont, IL 60018-4938

/s/    Mark Casciari