### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| CENTRA, INC. and DETROIT INTERNATIONAL BRIDGE COMPANY | ) ) ) | |
| | ) | Case Nos. 07C 6312 |
| Plaintiffs/Counter-Defendants, | ) ) | |
| | ) | Hon. William T. Hart |
| vs. | ) ) | |
| | ) | Magistrate Judge Schenkier |
| CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, | ) ) ) | |
| Defendant/Counter-Plaintiff. | ) | |

### <u>NOTICE OF MOTION</u>

To:     See Attached Service List

**PLEASE TAKE NOTICE** that on January 23, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge William T. Hart, or any judge sitting in his stead, in Courtroom 2243 of the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **Defendant/Counter-Plaintiff's Motion for Leave to File Additional Appearances Pursuant to Local Rule 83.17**, a copy of which is hereby served upon you.

Dated:  January 17, 2008          Respectfully submitted,


By:   /s/ Richard L. Fenton
One of the Attorneys for Defendant/Counter-Plaintiff
Central States Southeast and Southwest Areas Pension
Fund

Richard L. Fenton (rfenton@sonnenschein.com) (ARDC No. 3121699)
Frank P. Vanderploeg (fvanderploe@sonnenschein.com) (ARDC No. 2885972)
Geoffrey J. Repo (grepo@sonnenschein.com) (ARDC No. 6270488)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, IL  60606
Phone:  (312) 876-8000
Fax:  (312) 876-7934
Firm No. 90784

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing **Notice of Motion** and

**Defendant/Counter-Plaintiff's Motion for Leave to File Additional Appearances Pursuant**

**to Local Rule 83.17** was filed electronically with the Clerk of the United States District Court

for the Northern District of Illinois, Eastern Division, this 17th day of January, 2008, using the

CM/ECF system, which sent email notification of those filings to all parties listed below:

| | |
|---|---|
| Colin Michael Connor<br>Mark A. Casciari<br>Ronald J. Kramer<br>Seyfarth Shaw LLP<br>131 South Dearborn Street, Suite 2400<br>Chicago, IL 60603-5577<br>*cconnor@seyfarth.com*<br>*mcasciari@seyfarth.com*<br>*rkramer@seyfarth.com*<br><br>Attorneys for Plaintiffs/Counter-Defendants<br>CenTra, Inc. and Detroit International Bridge<br>Company | James Patrick Condon<br>Thomas Maurice Weithers<br>Central States Law Department<br>9377 W. Higgins Road<br>10th Floor<br>Rosemont, IL 60018-5123<br>*jcondon@centralstatesfunds.org*<br>*tweithers@centralstates.org*<br><br>Attorneys for Defendants/Counter-Plaintiff<br>Central States Southeast and Southwest Areas<br>Pension Fund |
| Edward R. Mackiewicz<br>Eric G. Serron<br>Patrick S. Menasco<br>Richard K. Willard<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue N.W.<br>Washington, DC 20036-1795<br>*emackiewicz@steptoe.com*<br>*eserron@steptoe.com*<br>*pmenasco@steptoe.com*<br>*rwillard@steptoe.com*<br><br>Attorneys for Plaintiffs/Counter-Defendants<br>CenTra, Inc. and Detroit International Bridge<br>Company | |

By:     /s/ Geoffrey J. Repo
One of the Attorneys for Defendant/Counter-Plaintiff
Central States Southeast and Southwest Areas Pension
Fund

Richard L. Fenton (rfenton@sonnenschein.com)
Frank P. Vanderploeg (fvanderploe@sonnenschein.com)
Geoffrey J. Repo (grepo@sonnenschein.com)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, IL  60606
Phone:  (312) 876-8000
Fax:  (312) 876-7934
Firm No. 90784