# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CENTRA, INC. and<br>DETROIT INTERNATIONAL<br>BRIDGE COMPANY,<br><br>           Plaintiffs,<br><br>     v.<br><br>CENTRAL STATES SOUTHEAST<br>AND SOUTHWEST AREAS PENSION<br>FUND,<br><br>           Defendant. | Case No. 07 CV 6312<br>           07 CV 6348<br><br>Judge William T. Hart<br><br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that on Wednesday, January 23, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable William T. Hart in Courtroom 2243, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiffs' MOTION TO DISMISS CASE NO. 07 CV 6348, a copy of which is served herewith.

**DATED: January 18, 2008**     Respectfully submitted,

                              CENTRA, INC. and
                              DETROIT INTERNATIONAL BRIDGE
                              COMPANY


                              By:     /s/    Mark Casciari
                                     One of Their Attorneys


Mark Casciari                          Richard K. Willard
Ronald J. Kramer                       Edward R. Mackiewicz
Colin M. Connor                        Eric G. Serron
SEYFARTH SHAW LLP                      Patrick S. Menasco
131 South Dearborn Street              STEPTOE & JOHNSON LLP
Suite 2400                             1330 Connecticut Avenue, NW
Chicago, IL  60603-5577                Washington, DC 20036
312-460-5000                           202-429-3000

CH1 11390427.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2008, I electronically filed the foregoing NOTICE OF MOTION with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of that filing to the following:

>Thomas M. Weithers
>James P. Condon
>Central States, Southeast and
>   Southwest Areas Pension Fund
>10th Floor
>9377 W. Higgins Road
>Rosemont, IL 60018-5123

/s/    Mark Casciari