# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Centra, Inc., et al.

                                          Plaintiff,

v.                                            Case No.: 1:07−cv−06312

                                          Honorable William T. Hart

Central States Southeast And Southwest Areas Pension Fund

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 23, 2008:

      MINUTE entry before Judge William T. Hart :Status hearing held. Defendant/counter−plaintiff's motion for leave to file additional appearances of Richard L. Fenton, Frank P. Vanderploeg and Geoffrey J. Repo [23] is granted. Plaintiffs' motion to dismiss Case No. 07 C 6348 [25] is granted. Status hearing set for 3/26/2008 at 11:00 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.