UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRA, INC. and THE DETROIT INTERNATIONAL BRIDGE COMPANY, ) ) ) | |
| Plaintiffs, ) ) | Case Nos.: 07 CV 6312 |
| v. ) ) | Judge William T. Hart |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, ) ) ) | Magistrate Judge Schenkier |
| Defendant. ) ) | |

**JOINT MOTION FOR LEAVE
TO FILE ARBITRATION RECORD IN DVD FORMAT**

The parties, CenTra, Inc., the Detroit International Bridge Company and the Central States Southeast and Southwest Areas Pension Fund, by their respective counsel, hereby jointly petition this Court for permission to file the arbitration record in this matter in DVD format. In support of this motion, the parties state:

1.  This is an action to enforce arbitration awards, and to vacate or modify arbitration awards. The Court thus will be required to review the record before the Arbitrator.

2.  The record in this matter is extensive. It consists of 949 admitted exhibits and 3,034 pages of hearing testimony, plus additional data.

3.  The parties believe that submitting this record to the Court in DVD format would be most efficient. The parties propose to submit a DVD containing the documents in PDF format. The parties have prepared such a DVD containing the agreed record with three separate folders identified as (1) the Principal Record, including admitted exhibits and

hearing transcripts, (2) the Supplemental Record including pre-hearing papers, and (3) those exhibits offered into evidence but not admitted into evidence by the arbitrator, and those exhibits marked for identification buy not offered into evidence.

4. Submission of the record in DVD format will permit the Court virtually instant access to any part of the record and the parties suggest that this is preferable to the literally dozens of binders of paper documents that would otherwise be required.

5. If the Court would prefer that the parties submit the DVD for the Court's inspection and review prior to deciding this motion, the parties would be happy to do so. If the Court permits the parties to file the arbitration record in DVD format, the parties would be happy to supplement the DVD with paper copies of any parts of the arbitration record as requested by the Court.

**WHEREFORE**, the parties jointly request the Court to allow the filing of the arbitration record in DVD format as described above.

Respectfully submitted,                                  Respectfully submitted,


   /s/   Thomas M. Weithers                   /s/   Mark Casciari
Thomas M. Weithers                              Mark Casciari
Central States, Southeast and Southwest         Seyfarth Shaw LLP
Areas                                           131 South Dearborn Street
Pension Fund                                    Suite 2400
9377 West Higgins Road                          Chicago, Illinois  60603-5577
Rosemont, IL  60048-4938                        312/460-5000
847/518-9800

                                                One of the attorneys for Plaintiffs
One of the attorneys for Defendant
                                                March 10, 2008
March 10, 2008

CH1 11420348.3