IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRA, INC. and<br>DETROIT INTERNATIONAL<br>BRIDGE COMPANY,<br><br>      Plaintiffs,<br><br>v.<br><br>CENTRAL STATES SOUTHEAST<br>AND SOUTHWEST AREAS PENSION<br>FUND,<br><br>      Defendant. | Case No. 07 CV 6312<br><br>Judge William T. Hart<br><br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

     PLEASE TAKE NOTICE, that on Wednesday, March 12, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable William T. Hart in Courtroom 2243, 219 South Dearborn Street, Chicago, Illinois, and present the parties' JOINT MOTION FOR LEAVE TO FILE ARBITRATION RECORD IN DVD FORMAT, a copy of which is served herewith.

| CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS PENSION FUND | CENTRA, INC. and DETROIT INTERNATIONAL BRIDGE COMPANY |
|---|---|
| /s/   Thomas M. Weithers | /s/   Mark Casciari |
| One of the attorneys for the Defendant | One of the attorneys for the Plaintiffs |
| Thomas M. Weithers<br>James P. Condon<br>Central States, Southeast and Southwest<br>Areas Pension Fund<br>9377 West Higgins Road<br>Rosemont, IL  60048-4938<br>847-518-9800<br><br>Richard Lee Fenton<br>Frank P. VanderPloeg<br>Geoffrey J. Repo<br>Sonnenschein, Nath & Rosenthal, LLP<br>233 South Wacker Drive<br>Sears Tower<br>Chicago, IL 60606<br><br>March 10, 2008 | Mark Casciari<br>Ronald J. Kramer<br>Colin M. Connor<br>Seyfarth Shaw LLP<br>131 South Dearborn Street<br>Suite 2400<br>Chicago, Illinois 60603-5577<br>312-460-5000<br><br>Richard K. Willard<br>Edward R. Mackiewicz<br>Eric G. Serron<br>Patrick S. Menasco<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>202-429-3000<br><br>March 10, 2008 |