UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Centra, Inc., et al.

                Plaintiff,

v.                  Case No.: 1:07−cv−06312

                Honorable William T. Hart

Central States Southeast And Southwest Areas Pension Fund

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 12, 2008:

      MINUTE entry before Judge William T. Hart :Motion hearing held. Joint motion for leave to file arbitration record in DVD format [36] is granted. Motion [32] is terminated since a corrected motion was filed. Corrected joint motion for leave to file amended complaint and counterclaim instanter [34] is granted; answer to amended counterclaim is due by 3/26/2008. Dispositive motion with supporting memorandum not to exceed 25 pages is due by 4/25/2008; response brief not to exceed 25 pages is due by 6/16/2008; reply not to exceed 15 pages is due by 6/30/2008. Status hearing set for 3/26/2008 is stricken.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.