IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRA, INC. and DETROIT INTERNATIONAL BRIDGE COMPANY, | |
| Plaintiffs, | |
| v. | Case No. 07-C-6312 |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, | Judge William T. Hart |
| | Magistrate Judge Schenkier |
| Defendant. | |

## NOTICE OF MOTION

    PLEASE TAKE NOTICE that on Wednesday, July 2, 2008 at 11:00 AM, or as soon thereafter as counsel may be heard, we shall appear before the Honorable William T. Hart in Room 2243 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, 60604 and present Plaintiffs' Motion to Enforce the Arbitration Award, a copy of which is served herewith.

DATED: June 16, 2008

Respectfully Submitted,

CENTRA, INC. and
DETROIT INTERNATIONAL BRIDGE
COMPANY

By____/s/ Edward R. Mackiewicz_____
            One of Their Attorneys

- 2 -

Mark Casciari
Ronald J. Kramer
Colin M. Connor
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, IL  60603-5577
312-460-5000

Richard K. Willard
Edward R. Mackiewicz
Eric G. Serron
Patrick S. Menasco
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
202-429-3000

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on June 16, 2008, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of that filing to the following:

Thomas M. Weithers  
James P. Condon  
Central States, Southeast and  
Southwest Areas Pension Fund  
10th Floor  
9377 W. Higgins Road  
Rosemont, IL  60018-5123  

Richard Lee Fenton  
Frank P. VanderPloeg  
Geoffrey J. Repo  
Sonnenschein, Nath & Rosenthal LLP  
233 South Wacker Drive  
Sears Tower  
Chicago, IL  60606  

                                                                   /s/ Edward R. Mackiewicz