# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Centra, Inc., et al.

                                        Plaintiff,

v.                                                    Case No.:
                                                      1:07–cv–06312
                                                      Honorable William T.
                                                      Hart

Central States Southeast And Southwest Areas
Pension Fund

                                        Defendant.

_____


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, June 27, 2008:


     MINUTE entry before the Honorable William T. Hart:Motion hearing set for 7/2/2008 is stricken. Plaintiffs' motion to enforce arbitration award [45] is taken under advisement.Mailed notice(clw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.